McGREGOR W. SCOTT
United States Attorney
STEPHEN S. CODY
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTY A. PHILLIPS,<br><br>    Defendant. | 2:19-po-00078-CKD<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND RESCHEDULE BENCH TRIAL<br><br>DATE: June 5, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Status Conference on June 5, 2019 and a Bench Trial on August 5, 2019.

2. By this stipulation, the parties jointly move to vacate the status conference scheduled on June 5, 2019, and the bench trial on August 5, 2019. The parties also jointly move for the Court to reschedule the Bench Trial in this case to October 28, 2019, at 9:30 a.m.

///
///
///
///

STIPULATION AND [PROPOSED] ORDER TO VACATE
STATUS CONF. AND RESCHEDULE BENCH TRIAL

1

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: June 4, 2019 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ *Stephen S. Cody*<br>STEPHEN S. CODY<br>Special Assistant U.S. Attorney |
| Dated: June 4, 2019 | /s/ *Randy Thomas*<br>RANDY THOMAS<br>Counsel for Defendant<br>KRISTY A. PHILLIPS<br><br>(*Approved via email June 4, 2019*) |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 4th day of June, 2019.

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE