DOUGLAS I. HORNGRAD,
Attorney at Law (State Bar No. 095086)
Maybeck Building Four
1736 Stockton Street
San Francisco, CA 94133-2926
Telephone: (415) 397-9509
Facsimile: (415) 397-9519

Attorney for Defendant
**KRISTY PHILLIPS**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>KRISTY PHILLIPS,<br><br>                Defendant. | Case No.: 19-PO-00078-CKD-1<br><br>**SUBSTITUTION OF COUNSEL** |

TO:    THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE OFFICE OF THE UNITED STATES ATTORNEY:

       Defendant KRISTY PHILLIPS hereby relieves RANDY THOMAS, ESQUIRE, as counsel of record and substitutes DOUGLAS I. HORNGRAD, ESQUIRE.

       I consent to the above substitution.

DATED:     October 7, 2019          _____/s/_____
                                   RANDY THOMAS, ESQ.

       I consent to the above substitution.

DATED:     October 7, 2019          _____/s/_____
                                   DOUGLAS I. HORNGRAD, ESQ.

       I consent to the above substitution.

DATED:     October 7, 2019          _____/s/_____
                                   KRISTY PHILLIPS
                                   Defendant

**IT IS SO ORDERED.**


Dated:  October 8, 2019

_(signature)_

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE