UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-po-00078-CKD |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS AND VACATE TRIAL DATE |
| v. | ) | |
| | ) | |
| KRISTY A. PHILLIPS, | ) | DATE: January 13, 2020 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Carolyn K. Delaney |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:19-po-00078-CKD without prejudice is GRANTED.

It is further ordered that the court trial scheduled on January 13, 2020 is vacated.

IT IS SO ORDERED.

Dated: December 19, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS & VACATE TRIAL    1    U.S. v. KRISTY A. PHILLIPS